IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RASHAD ROGERS                                            PLAINTIFF

v.                    No. 5:18-cv-126-DPM-PSH

TYLER COLLIER, Jailer, Drew
County Detention Facility; SUSAN
POTTS, Jail Administrator, Drew
County Detention Facility; MARK
GOBER, Head Sherriff, Monticello
Sheriff's Office                                        DEFENDANTS

## ORDER

Unopposed partial recommendation, № 21, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Rogers's claims against Collier are dismissed without prejudice for failure to serve.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 November 2018