# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

RASHAD ROGERS                                                        PLAINTIFF

v.                              No: 5:18-cv-126 DPM

SUSAN POTTS, Jail Administrator,
Drew County Detention Facility; and
MARK GOBER, Head Sheriff, Monticello
Sheriff's Office                                                     DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Rogers hasn't updated his address; his mail is still being returned undelivered. № 26–28. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 February 2019