IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RASHAD ROGERS                                              PLAINTIFF

v.                      No: 5:18-cv-126 DPM

SUSAN POTTS, Jail Administrator,
Drew County Detention Facility; and
MARK GOBER, Head Sheriff, Monticello
Sheriff's Office                                          DEFENDANTS

## JUDGMENT

Rogers's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 February 2019